UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
JAN 2 3 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

MICHAEL CARGILL and CTC HGC, LLC,

Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; ATF DIRECTOR STEVEN DETTELBACH, in his official capacity; ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity; UNITED STATES DEPARTMENT OF JUSTICE; and UNITED STATES OF AMERICA,

Defendants.

Case No. 1:22-cv-01063-LY

## ORDER

Upon consideration of the parties' Joint Motion for Briefing Schedule, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED:

1. Plaintiffs' response to Defendants Motion to Dismiss is due February 3, 2023; and

2. Defendants' reply in support of the Motion to Dismiss is due February 17, 2023.

SO ORDERED.

Dated: January 23, 2023

HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE