IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 6 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| MICHAEL CARGILL AND CTC HGC, LLC, §§§§§§§§§§§§§§§ PLAINTIFFS, V. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; ATF DIRECTOR STEVEN DETTELBACH, IN HIS OFFICIAL CAPACITY; ATTORNEY GENERAL MERRICK GARLAND, IN HIS OFFICIAL CAPACITY; UNITED STATES DEPARTMENT OF JUSTICE; AND UNITED STATES OF AMERICA, DEFENDANTS. | CAUSE NO. 1:22-CV-01063-LY |

## ORDER

**IT IS HEREBY ORDERED** that (1) Plaintiff's Motion for Leave to File a Sur Reply to Defendants' Reply Brief, filed February 24, 2023 (Doc. #17); and (2) Defendants' Opposition to Motion for Leave to File Sur Reply, filed March 3, 2023 (Doc. #20), along with any reply, are **REFERRED** to United States Magistrate Dustin Howell for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this _6th_ day of March, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE