IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 27 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| MICHAEL CARGILL; AND<br>CTC HGC, LLC,<br>     PLAINTIFFS,<br><br>V.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES; ATF<br>DIRECTOR STEVEN DETTELBACH, IN<br>HIS OFFICIAL CAPACITY; ATTORNEY<br>GENERAL MERRICK GARLAND,<br>IN HIS OFFICIAL CAPACITY; UNITED<br>STATES DEPARTMENT OF JUSTICE;<br>AND UNITED STATES OF AMERICA,<br>     DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 1:22-CV-01063-LY |

## TRANSFER ORDER

**IT IS ORDERED** that the above-styled and numbered cause is **TRANSFERRED** to the docket of the Honorable David A. Ezra, Senior United States District Judge, for all purposes. Pursuant to the Amended Order Assigning the Business of the Court effective December 16, 2022, the clerk of court shall credit this case to the percentage of business of the receiving Judge.

SIGNED this 27th day of April, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE