

June 19, 2023

U.S. District Clerk's Office
Western District of Texas, Austin Division
501 West Fifth Street, Suite 1100
Austin, Texas 78701

RE: Notice of Unavailability
Case No. 22-cv-01063; *Michael Cargill, et al. v. ATF, et al.*

Dear Sir or Madame:

    I serve as lead counsel for Plaintiffs in the above-referenced matter. This is to notify you that I will be out of the country on vacation and unavailable from July 3 – 15, 2023. I will not have access to office voicemail and email during these dates. I would appreciate your cooperation in refraining from scheduling matters in the above-referenced case during this time period.

                                                   Sincerely,

                                                   /s/ Matthew Miller
                                                   Matthew Miller

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2023, I caused electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all properly registered counsel.

*/s/Matthew Miller*
MATTHEW MILLER
