IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL CARGILL and<br>CTC HGC, LLC,<br>     *Plaintiffs*,<br><br>   v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES; ATF<br>DIRECTOR STEVEN DETTELBACH,<br>in his official capacity; ATTORNEY<br>GENERAL MERRICK GARLAND,<br>in his official capacity; UNITED STATES<br>DEPARTMENT OF JUSTICE; and<br>UNITED STATES OF AMERICA,<br>     *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:22-cv-01063 |

**PLAINTIFFS' NOTICE OF CHANGE OF MATERIAL FACTS**

Plaintiffs Michael Cargill and CTC HGC, LLC, file this Notice of Change of Material Facts respectfully providing the Court with notice of a change in material facts regarding Defendants' Motion to Dismiss. *See* ECF Nos. 7, 12, 16, 17, and 20.

Without notice to undersigned counsel, an ATF Inspector arrived at Plaintiffs' property on Monday June 26, 2023, to begin conducting a Federal Firearms Licensee compliance inspection pursuant to 18 U.S.C. § 923(g)(1)(B)(ii)(I).

The issue at the heart of this case is the Enforcement Policy that Defendants will apply when they inspect Federal Firearms License holders. ECF No. 1, ¶¶ 34-58. Defendants have repeatedly averred that Plaintiffs' challenge to their new Enforcement Policy was "speculative," because—at the time of those filings—Plaintiffs had not yet been inspected under the new Policy. ECF No. 16 at 6. But

Defendants are now actively inspecting Plaintiffs and applying the challenged Enforcement Policy—ATF-O-5370.1F—an order they claim is entirely consistent with the Gun Control Act but refuse to disclose to Plaintiffs. ECF No. 20 at 2. This change in circumstances warrants notice to the Court, because it relates to Plaintiffs' briefing regarding standing and ripeness. *See* ECF No. 12 at 8-11; ECF No. 17-1 at 3-5.

Respectfully submitted,

*/s/Matthew Miller*
ROBERT HENNEKE
Texas Bar No. 24046058
rhenneke@texaspolicy.com
CHANCE WELDON
Texas Bar No. 24076767
cweldon@texaspolicy.com
MATTHEW MILLER
Texas Bar No. 24046444
mmiller@texaspolicy.com
NATE CURTISI
Arizona Bar No. 033342
ncurtisi@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone:   (512) 472-2700
Facsimile:   (512) 472-2728

*/s/Nicholas R. Barry*
Nicholas R. Barry*
TN Bar. No. 031963
nicholas.barry@AFLegal.org
AMERICA FIRST LEGAL
300 Independence Ave., SE
Washington, DC 20003
Telephone:   (202) 964-3721
**Admitted pro hac vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Western District of Texas by using the CM/ECF system, which will serve a copy of same on all counsel of record.

*/s/Matthew Miller*
MATTHEW MILLER
