UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **MICHAEL CARGILL and CTC HGC, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; ATF DIRECTOR STEVEN DETTELBACH,** in his official capacity; **ATTORNEY GENERAL MERRICK GARLAND,** in his official capacity; **UNITED STATES DEPARTMENT OF JUSTICE;** and **UNITED STATES OF AMERICA**,<br><br>Defendants. | Case No. 1:22-cv-01063-DAE |

## DEFENDANTS' FURTHER RESPONSE TO NOTICE OF CHANGE OF MATERIAL FACTS

Plaintiffs recently filed a Notice of Change of Material Facts, ECF No. 27, whereby Plaintiffs notified the Court that ATF had commenced a standard compliance inspection at Plaintiffs' business premises. Defendants file this further response to update the Court as to the status of that inspection.

As set forth in Defendants' previous response, industry operations investigators ("IOIs") based in ATF's Houston Field Division began conducting a routine firearms compliance inspection of Plaintiffs' business, Central Texas Gun Works. *See* ECF No. 29. That inspection commenced on Monday, June 26, 2023, and concluded on Friday, June 30, 2023. ATF held a closing conference with Plaintiffs and Plaintiffs' counsel on July 21, 2023, marking the official end of the inspection process. As set forth in the attached exhibit, IOIs detected four categories of violations: (1) failure to retain ATF Form 4473, 27 C.F.R. § 478.129(b); (2) failure to maintain an accurate/complete/timely manufacture or acquisition record, 27 C.F.R. § 478.123(a); (3) failure to obtain a completed ATF Form 4473, 27 C.F.R. § 478.124(c)(1); and (4) failure to record on an ATF Form 4473 (or affix a copy of)

1

National Instant Criminal Background Check System ("NICS") alternative permit information, 27 C.F.R. § 478.131(a)(2). *See* Ex. A, Report of Violations. ATF notified Plaintiffs of these findings and advised Plaintiffs of the corrective actions required to remedy the issues. *See id.* None of the violations identified require further administrative action, such as a warning letter or warning conference, and further, they do not implicate the zero-tolerance policy, which is implicated only by findings of serious, willful violations. Accordingly, ATF does not intend to take any other administrative action or take any steps to revoke Plaintiffs' license based on the findings of this inspection.[1]

Dated: August 8, 2023                                  Respectfully submitted,

                                                                            BRIAN M. BOYNTON
                                                                            Principal Deputy Assistant Attorney General

                                                                            BRIGHAM J. BOWEN
                                                                            Assistant Branch Director

                                                                            */s/ Taylor Pitz*
                                                                            Taylor Pitz (CA Bar No. 332080)
                                                                             Trial Attorney
                                                                             U.S. Department of Justice
                                                                             Civil Division, Federal Programs Branch
                                                                             1100 L Street, N.W.
                                                                             Washington, DC 20005
                                                                             Phone: (202) 305-5200
                                                                             Email: taylor.n.pitz@usdoj.gov

                                                                            *Counsel for Defendants*

---

[1] Plaintiffs have applied for a second federal firearms license, and ATF Field Division officials have indicated they will be conducting an initial inspection of Plaintiffs' business pursuant to that separate administrative process. *See* ATF, *Apply for a License*, https://www.atf.gov/firearms/apply-license.

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nate Curtisi
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Matthew Robert Miller
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Chance D. Weldon
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Robert E. Henneke
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

*/s/ Taylor Pitz*
TAYLOR PITZ
Trial Attorney
U.S. Department of Justice