# EXHIBIT A

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Violations**

**FFL**: CTC HGC LLC
**Inspection:** FCI-45477
**Date Generated:** 7/21/2023
**RDS Key:** 5-74-05901
**Lead Industry Operations Investigator:** Iquetta Porter

| | Regulation | Corrective Action(s) | Number of Forms | Number of Instances |
|---|---|---|---|---|
| 1 | 27 CFR 478.129(b): Failure to retain ATF F 4473 | • Identify and separately retain all denied (completed and future) ATF Forms 4473, for a period not less than 5 years.<br>• Retain ATF Forms 4473 for a period of not less than 5 years, in alphabetical or chronological order when a licensee has initiated a NICS check but the sale, delivery or transfer of firearm did not occur. | **12** | **14** |
| 2 | 27 CFR 478.123(a): Failure to maintain an accurate/complete/timely manufacture or acquisition record | • Accurately, completely & timely record all required future firearm acquisition information.<br>• Amend/Update A&D Record to accurately record all required firearm acquisition information.<br>• Resume proper maintenance of required acquisition and disposition record.<br>*Violation corrected | | **2** |
| 3 | 27 CFR 478.124(c)(1): Failure to obtain a completed ATF F 4473 | • Ensure that all required ATF Form 4473 Section B items are completed/provided by the transferee/buyer on all future transactions. | **1** | **1** |
| 4 | 27 CFR 478.131(a)(2): Failure to record on an ATF Form 4473 (or affix a copy of) NICS alternative permit info | • Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions.<br>• Ensure that a qualifying NICS alternative permit is properly obtained, validated, verified, and documented for all applicable future over-the-counter firearm transactions.<br>*Violation Corrected | **2** | **2** |

**Signature(s)**

My signature below certifies that on Friday, July 21, 2023 ATF IOI Iquetta Porter reviewed the above information with me and answered my questions regarding this information. I understand I can receive a copy of this for my records. I understand that this is only a general overview of the violations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed/permitted business.

Printed Name:
MICHAEL DENARD CARGILL

Signature Date:
Friday, July 21, 2023



**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Violations Instance Details**

| | Regulation/Violation | Instance Details | Version | Nature of Discrepancy |
|---|---|---|---|---|
| 1 | 27 CFR 478.129(b): Failure to retain ATF F 4473 | 1: Missing ATF F 4473, NICS #1019CZ9XJ, ▬<br>2: Missing ATF F 4473, NICS #1019CZ9XJ, ▬<br>3: Missing ATF F 4473, NICS #101GFKP1N, ▬<br>4: Missing ATF F 4473, NICS #101K68WSG, ▬<br>5: Missing ATF F 4473, NICS #101WCR50X, ▬<br>6: Missing ATF F 4473, NICS #101WCT0R7, ▬<br>7: Missing ATF F 4473, NICS #101XCMWYL, ▬<br>8: Missing ATF F 4473, NICS #101XZ3LRK, ▬<br>9: Missing ATF F 4473, NICS #101Y32RMN, ▬<br>10: Missing ATF F 4473, NICS #101Y3F2PX, ▬<br>11: Missing ATF F 4473, NICS #101YD7LRZ, ▬<br>12: Missing ATF F 4473, NICS #101YGF751, ▬<br>13: Missing ATF F 4473, NICS #101YK12D4, ▬<br>14: Missing ATF F 4473, NICS #102308LDX, ▬ | 2020<br>2020<br>2020<br>2020<br>2020<br>2020<br>2020<br>2020<br>2020<br>2020<br>2020<br>2020<br>2020<br>2020 | 1: Failure to retain a denied ATF Form 4473 for a period of not less than 5 years after the date of the NICS inquiry.<br><br>2: Failure to retain a denied ATF Form 4473 for a period of not less than 5 years after the date of the NICS inquiry.<br><br>3: Failure to retain a denied ATF Form 4473 for a period of not less than 5 years after the date of the NICS inquiry.<br><br>4: Failure to retain a denied ATF Form 4473 for a period of not less than 5 years after the date of the NICS inquiry.<br><br>5: Failure to retain a denied ATF Form 4773 for a period of not less than 5 years after the date of the NICS inquiry.<br><br>6: Failure to retain a denied ATF Form 4773 for a period of not less than 5 years after the date of the NICS inquiry.<br><br>7: Failure to retain a denied ATF Form 4773 for a period of not less than 5 years after the date of the NICS inquiry. |

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   |   | 8: Failure to retain a denied ATF Form 4773 for a period of not less than 5 years after the date of the NICS inquiry. |
|   |   |   |   | 9: Failure to retain a denied ATF Form 4773 for a period of not less than 5 years after the date of the NICS inquiry. |
|   |   |   |   | 10: Failure to retain a denied ATF Form 4773 for a period of not less than 5 years after the date of the NICS inquiry. |
|   |   |   |   | 11: Failure to retain a denied ATF Form 4773 for a period of not less than 5 years after the date of the NICS inquiry. |
|   |   |   |   | 12: Failure to retain a denied ATF Form 4773 for a period of not less than 5 years after the date of the NICS inquiry. |
|   |   |   |   | 13: Failure to retain a denied ATF Form 4773 for a period of not less than 5 years after the date of the NICS inquiry. |
|   |   |   |   | 14: Failure to retain a denied ATF Form 4773 for a period of not less than 5 years after the date of the NICS inquiry. |
| 2 | 27 CFR 478.123(a): Failure to maintain an accurate/complete/timely manufacture or acquisition record | 1: Acquisition Not Recorded (Reconciled), Sturm RUGER, Red Label, 400-30456, RIFLE, 20 ga<br>2: Acquisition Not Recorded (Reconciled), BERGARA EUROPE, B-14 WILDERNESS RDG, 61-06-21G405-22, RIFLE, 300 |   | 1: Failure to timely log a firearm into the acquisition record as required per ATF regulations.<br>2: Failure to timely log in a firearm brought in for gunsmithing within the A & D record (Acquisition only). |

| | Regulation/Violation | Instance Details | Version | Nature of Discrepancy |
|---|---|---|---|---|
| 3 | 27 CFR 478.124(c)(1): Failure to obtain a completed ATF F 4473 | 1: ATF F 4473 Error/Omission, 11, Incomplete, 107103, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | 2020 | 1: Failure to ensure the proper completion of the ATF Form 4473 in regards to the purchaser's place of birth. Only the State of birth was annotated, no City was recorded. |
| 4 | 27 CFR 478.131(a)(2): Failure to record on an ATF Form 4473 (or affix a copy of) NICS alternative permit info | 1: ATF F 4473 Error/Omission, 29, Incorrect, 107100, ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>2: ATF F 4473 Error/Omission, 29, Incorrect, 107135, ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2020<br><br>2020 | 1: Failure to properly annotate the correct permit utilized which qualifies as an exemption to NICS. The licensee incorrectly annotated that a TXDL was verified within Item # 29, however, a valid and active, TX LTC was utilized. An LTC query was also conducted to ensure the permit is valid; no disabling information was discovered.<br><br>2: Failure to ensure the proper completion of the ATF Form 4473 in regards to the recording of the permit which qualifies as an exemption to NICS. The licensee incorrectly annotated that a TX DL was utilized, however, it has been verified that the permit number is an active and valid TX License to Carry (TX LTC). |