UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CARGILL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | Case No. 1:22-cv-01063-DAE |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), ATF Director Steven Dettelbach, Attorney General Merrick Garland, United States Department of Justice ("DOJ"), and the United States of America, by and through undersigned counsel, respectfully request a seven-day extension of time to file a reply brief in support of their Objections to the Report and Recommendation of the United States Magistrate Judge, ECF No. 33. Plaintiffs consent to this request.

Under Local Rule 7(e)(2), Defendants have seven (7) days from the service of a response brief to file a reply, and thus, their reply is due this Friday, September 8, 2023. *See* L.R. 7(e)(2). With the requested seven-day extension, Defendants' reply would be due September 15, 2023.

WHEREFORE, Defendants respectfully request that the Court enter an order extending the time for Defendants to file their reply brief in support of their Objections to the Report and Recommendation until September 15, 2023.

Date: September 5, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Taylor Pitz
Taylor Pitz (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chance D. Weldon
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Nicholas R. Barry
America First Legal Foundation
611 Pennsylvania Ave SE #231
Washington, DC 20003

Robert E. Henneke
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Nate Curtisi
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Matthew Robert Miller
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

                                        */s/ Taylor Pitz*
                                        TAYLOR PITZ
                                        Trial Attorney
                                        U.S. Department of Justice