IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Cargill et al., | § | |
| *Plaintiffs,* | § § § | |
| vs. | § | 1:22-cv-01063-DAE |
| Bureau of Alcohol, Tobacco, Firearms and Explosives et al., | § § § | |
| *Defendants.* | § | |

## ORDER

On September 20, 2023, this case was referred to the undersigned for the limited purpose of setting an expedited discovery schedule and a schedule for summary judgment motions to be filed within 180 days. The parties or counsel acting on their behalf are **ORDERED** to appear before the Court for a scheduling conference at 9:00am on Friday, October 6, 2023. The scheduling conference will be conducted by ZOOM. Court staff will be in contact with the parties prior to the hearing with the details needed for connecting to the conference.

**IT IS FURTHER ORDERED** that the parties shall **meaningfully confer** either in-person or via phone on an expedited discovery schedule and schedule for summary judgments and **jointly file an advisory by 5pm on October 4, 2023**. If the parties are able to agree to a schedule prior to the hearing, they should so inform

the Court in their joint advisory, and the hearing will be cancelled.

    **SIGNED** September 25, 2023.

                                                DUSTIN M. HOWELL
                                                UNITED STATES MAGISTRATE JUDGE