IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Cargill et al., | § | |
|     *Plaintiffs,* | § | |
| vs. | § | 1:22-cv-01063-DAE |
| Bureau of Alcohol, Tobacco, Firearms and Explosives et al., | § | |
|     *Defendants.* | § | |

### ORDER RESETTING HEARING

On September 20, 2023, this case was referred to the undersigned for the limited purpose of setting an expedited discovery schedule and a schedule for summary judgment motions to be filed within 180 days. The parties or counsel acting on their behalf are **ORDERED** to appear before the Court for a scheduling conference at **3:30pm on Tuesday, November 14, 2023**. The scheduling conference will be conducted by ZOOM. Court staff will be in contact with the parties prior to the hearing with the details needed for connecting to the conference.

**IT IS FURTHER ORDERED** that the parties shall **meaningfully confer** either in-person or via phone on an expedited discovery schedule and schedule for summary judgments and **jointly file an advisory by 5pm on November 10, 2023**. If the parties are able to agree to a schedule prior to the hearing, they should so inform

1

the Court in their joint advisory, and the hearing will be cancelled.

    **SIGNED** October 5, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE