UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CARGILL, et al.<br><br>                 Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, et al.<br><br>                 Defendants. | Case No. 1:22-cv-01063-DAE |

### ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to File Combined Motion for Summary Judgment and Opposition, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. It is further ordered:

1. Defendants' motion for summary judgment and opposition shall be due May 13, 2024;

2. Plaintiffs' combined opposition and reply shall be due June 24, 2024; and

3. Defendants' reply shall be due July 15, 2024.

SO ORDERED.

Dated: April 22, 2024

_____
UNITED STATES DISTRICT JUDGE