UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL CARGILL, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>    *Defendants*. | Case No. 1:22-cv-01063-DAE |

## JOINT MOTION TO CONTINUE JANUARY 7 SUMMARY JUDGMENT HEARING

The parties have conferred and jointly request that the Court continue the hearing scheduled for January 7, 2025, on the cross-motions for summary judgment. The briefing on those motions has, to an extent still to be determined, been overcome by subsequent events—namely, ATF's issuance of an enforcement order, ATF-O-5370.1G. The parties are still evaluating how that order impacts resolution of Plaintiffs' claims. The parties therefore jointly propose that the January 7 hearing be either vacated or continued to a later date, that the parties meet and confer regarding future proceedings, and that the parties submit a joint status report on January 28, 2025, regarding such proceedings for the Court's consideration. This motion supersedes the Expedited Request for a Status Conference filed on December 27, 2024, ECF No. 61. The parties appreciate the Court's attention to this motion.

Dated: January 2, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Deputy Branch Director

1

/s/ Taylor Pitz
Taylor Pitz (CA Bar No. 332080)
Faith E. Lowry (TX Bar No. 24099560)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Counsel for Defendants*


/s/ Clayton Way Calvin
ROBERT HENNEKE
Texas Bar No. 24046058
rhenneke@texaspolicy.com
CHANCE WELDON
Texas Bar No. 24076767
cweldon@texaspolicy.com
MATTHEW MILLER
Texas Bar No. 24046444
mmiller@texaspolicy.com
CLAYTON WAY CALVIN
Texas Bar No. 24132780
ccalvin@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone:        (512) 472-2700
Facsimile:        (512) 472-2728

/s/ Nicholas R. Barry
Nicholas R. Barry*
TN Bar. No. 031963
nicholas.barry@AFLegal.org
AMERICA FIRST LEGAL
300 Independence Ave., SE
Washington, DC 20003
Telephone:        (202) 964-3721
*Admitted pro hac vice*

*Attorneys for Plaintiffs*