IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL CARGILL, and CTC HGC, LLC, § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> BUREAU OF ALCOHOL, TOBACCO, § <br> FIREARMS AND EXPLOSIVES, § <br> STEVEN DETTELBACH in his official § <br> capacity, MERRICK B. GARLAND § <br> in his official capacity, UNITED § <br> STATES DEPARTMENT OF § <br> JUSTICE, and UNITED STATES OF § <br> AMERICA, § <br> § <br> Defendants. § | No. 1:22-CV-1063-DAE |

_____

ORDER GRANTING MOTION TO CONTINUE HEARING AND DENYING
WITHOUT PREJUDICE SUBJECT TO REFLING CROSS-MOTIONS FOR
<u>SUMMARY JUDGMENT</u>

    The matters before the Court are: (1) Plaintiffs' Notice of Superseding Enforcement Order (Dkt. # 61); and (2) a Joint Motion to Continue January 7 Summary Judgment Hearing (Dkt. # 62).  Upon careful consideration, the Court will **GRANT** the motion to continue the hearing in this case set for January 7, 2025, and that hearing is now **VACATED**.  Additionally, because the matters

raised in the Notice of Superseding Enforcement Order essentially moot the matters raised in the pending cross-motions for summary judgment, the Court will **DENY WITHOUT PREJUDICE** subject to refiling those motions (Dkts. ## 53, 56). The Court **ORDERS** the parties to file a joint status report on January 28, 2025, which indicates the parties request for future proceedings and a proposal of a new deadline for dispositive motions in this case, if necessary.

    **IT IS SO ORDERED**.

    **SIGNED**: Austin, Texas, January 3, 2025.

_____
David Alan Ezra
Senior United States District Judge