IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL CARGILL and<br>CTC HGC, LLC,<br>　*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES; ATF<br>DIRECTOR STEVEN DETTELBACH,<br>in his official capacity; ATTORNEY<br>GENERAL MERRICK GARLAND,<br>in his official capacity; UNITED STATES<br>DEPARTMENT OF JUSTICE; and<br>UNITED STATES OF AMERICA,<br>　*Defendants*. | Civil Action No. 1:22-cv-01063 |

## ORDER

Upon consideration of Plaintiff's unopposed Motion to Dismiss without Prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(2), it is

HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

SIGNED this 16 day of January 2025.

*The Clerk's office should CLOSE the CASE.*

_____
UNITED STATES DISTRICT JUDGE

1